OPINION — AG — ANY AMENDMENTS TO THE PRESENT SIZE, WEIGHT AND LOAD STATUTES OF OKLAHOMA WHICH WOULD HAVE THE EFFECT OF PERMITTING THE OPERATION ON THE INTERSTATE HIGHWAY SYSTEM IN OKLAHOMA OF VEHICLES WIDER OR HEAVIER THAN THE STANDARDS SET OUT IN 26 U.S.C. § 127, WOULD JEOPARDIZE OKLAHOMA'S ENTITLEMENT TO FEDERAL FUNDS FOR HIGHWAYS. CITE: 47 O.S. 1963 Supp., 14-103 [47-14-103](B), 47 O.S. 1963 Supp., 14-109 [47-14-109](A), 47 O.S. 1963 Supp., 22.30 [47-22.30](F), 47 O.S. 1955 Supp., 116.1 [47-116.1] (HARVEY CODY)